**FILED**

IN THE UNITED STATES DISTRICT COURT   DEC - 9 1998
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| MARGARET REYNA | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.** |
| | § | **SA-98-CA0433 - OG** |
| THE EAST CENTRAL INDEPENDENT SCHOOL | § | |
| DISTRICT, | § | |
| **Defendant** | § | |

**CONSENT DECREE**

On the 8th day of December, 1998, came on to be heard the agreements of the

parties herein on all issues in this suit as set out in the Agreed Settlement filed herein.  The issue of

Plaintiff's attorneys' fees has been resolved and payment of same has been received and

acknowledged by the executed Settlement and Release Agreement filed herein.   After consideration

of same and, conditioned upon the granting of preclearance by the United States Department of

Justice of the proposed election changes, the Court approves said agreements and hereby

ORDERS that the single-member district election plan set out in the Agreed Settlement be

implemented as follows:

1.      That Defendants shall modify their current at-large election system for the election of

school district trustees as further stated herein and shall seek preclearance of such modification from

the United States Department of Justice in time to effectuate such modification in the May 1999

election;

2.      That the Defendant school distinct trustees shall be elected one (1) each from a single-

member election district as identified on the maps attached as Exhibit "A" to the Agreed Settlement;

3.     That candidates filing for each single-member district trustee position shall reside within the boundaries of the single-member district to which they seek election.  If a resident files as a candidate before the fifth day prior to the state mandated candidate filing deadline, any write-in candidate for that single-member district position must also be a resident of that single-member district.  If no such resident files as a candidate before the fifth day prior to the state mandated candidate filing deadline, the race becomes open to any candidate residing within the school district, including write-in candidates.   However, only the voters residing within the boundaries of each single-member election district shall be eligible to vote for the trustee to be elected from each such district;

4.     That trustee's terms shall be for three year terms and shall continue as set forth below, until changed by action of the Board of Trustees and precleared by the United States Department of Justice, if required;

5.     That single-member districts 3, 4 and 6 shall  be up for election in May of 1999; districts 1 and 2 shall be up for election in May of 2000; and single-member districts 5 and 7 shall be up for election in May of 2001;

6.     That  thereafter, the election cycle in which trustees serve staggered three year terms shall continue, including elections after each required redistricting, unless future circumstances require otherwise;

7.     That the current polling locations shall continue to be utilized for all single-member election districts, until changed by action of the Board of Trustees and precleared by the United States Department of Justice, if required;

8.     That the implementation of the agreed election plan is subject to preclearance by the Department of Justice pursuant to 42 U.S.C. § 1973 and that no election under said plan can be held in the absence of said preclearance; and,

9.     That all provisions of state law related to elections which are not contrary to the provisions set out herein shall apply.

SIGNED this _____ day of _____, 1998.

Orlando Garcia
United States District Judge

APPROVED AS TO FORM AND CONTENT:

WALSH, ANDERSON, BROWN,
  SCHULZE & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas  78768
TELEPHONE: (512) 454-6864
FACSIMILE:  (512) 467-9318

BY: _____
     Judy Brown
     State Bar No. 02882300

ATTORNEYS FOR DEFENDANT

ROLANDO L. RIOS
ATTORNEY AT LAW
115 E. Travis, Suite 1024
San Antonio, Texas 78205

BY: _____
     Rolando Rios
     State Bar No. 16935900

ATTORNEY FOR PLAINTIFF

CONSENT DECREE                                              PAGE 3